[No. 41917-0-I.    Division One.    February 16, 1999.]

KEITH S. HAMILTON, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-24319-0, George A. Finkle, J., entered December 5, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Appelwick, JJ.

[No. 42064-0-I.    Division One.    February 16, 1999.]

ROSS HANSEN, *Appellant*, v. CASSANDRA LYNN SAGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-07001-5, Robert H. Alsdorf, J., entered January 14, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42067-4-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD J. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01308-2, Larry E. McKeeman, J., entered January 15, 1998. *Reversed* by unpublished opinion per Baker, J., concurred in by Kennedy, C.J., and Agid, J.

[No. 42068-2-I.    Division One.    February 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00441-8, Patricia H. Aitken, J., entered January 7, 1998. *Dismissed* by unpublished per curiam opinion.